```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
TRUSTEES OF THE NEW YORK CITY DISTRICT                            :
COUNCIL OF CARPENTERS PENSION FUND,                               :
WELFARE FUND, ANNUITY FUND, AND                                   :   20-CV-4564 (JMF)
APPRENTICESHIP, JOURNEYMAN RETRAINING,                            :
EDUCATIONAL AND INDUSTRY FUND, et al.,                            :   ORDER
                                                                  :
                              Petitioners,                        :
                                                                  :
              and                                                 :
                                                                  :
                                                                  :
UNIQUE CONTRACTING CORP.,                                         :
                                                                  :
                              Respondent.                         :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On June 15, 2020, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **June 30, 2020**. Respondent's opposition, if any, is due on **July 14, 2020**. Petitioners' reply, if any, is due **July 21, 2020**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than **June 30, 2020**, and shall file an affidavit of such service with the court no later than **July 1, 2020**.

SO ORDERED.

Dated: June 16, 2020
       New York, New York

_____
JESSE M. FURMAN
United States District Judge